# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 17, 2012

Lyle W. Cayce
Clerk

No. 11-20201
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

GILBERTO CORONA AGUIRRE, also known as Gilberto A. Corona, also known
as Gilbert Augirre Corana, also known as Gilberto Corona-Aguirre, also known
as Gilberto Aguirre Corona, also known as Gilberto Augirre Corona,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:10-CR-755-1

Before HIGGINBOTHAM, GARZA, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Gilberto Corona
Aguirre (Corona) has moved for leave to withdraw and has filed a brief in
accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v.
Flores*, 632 F.3d 229 (5th Cir. 2011). Corona has not filed a response. We have
reviewed counsel's brief and the relevant portions of the record reflected therein.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.